FILED

June 28, 2021

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM A. SASSMAN,<br><br>Defendant. | Case No. 2:21-cr-00121-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  WILLIAM A. SASSMAN ,
Case No. 2:21-cr-00121-KJM  Charge 18 USC § 1957 , from custody for the following reasons:

       Release on Personal Recognizance

       Bail Posted in the Sum of $

   X   Unsecured Appearance Bond $  50,000

       Appearance Bond with 10% Deposit

       Appearance Bond with Surety

       Corporate Surety Bail Bond

       (Other):

Issued at Sacramento, California on June 28, 2021 at 2:57 PM.

By: *Allison Claire*

Magistrate Judge Allison Claire