HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
WILLIAM A. SASSMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, <br><br> Petitioner, <br><br> v. <br><br> WILLIAM A. SASSMAN, <br><br> Respondent. | Case No.  2:21-cr-00121-KJM-1 <br><br> SUBSTITUTION OF ATTORNEY |

It is respectfully requested that Attorney HANNAH LABAREE and the Office of the Federal Defender be appointed as attorney of record in the above captioned case as counsel for Mr. Sassman.  Mr. Sassman has represented himself up until this point and has requested counsel.  Mr. Sassman qualifies for appointed counsel and consents to the appointment.

Dated:  September 10, 2021

                                                           Respectfully submitted,

                                                           HEATHER E. WILLIAMS
                                                           Federal Defender

                                                           /s/ *Hannah Labaree*
                                                           HANNAH LABAREE
                                                           Assistant Federal Defender

I accept the substitution and ask to be appointed.

DATED: September 13, 2021

/s *Hannah Labaree*_____
HANNAH LABAREE
Attorney at Law

I consent to the substitution.

DATED: September 13, 2021

/s/ *William A. Sassman*___
WILLIAM A. SASSMAN
Defendant

**O R D E R**

IT IS SO ORDERED.

Dated: September 13, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

-2-