PHILLIP A. TALBERT
United States Attorney
NIRAV K. DESAI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM A. SASSMAN,<br>  aka William A. Sassman II,<br><br>Defendant. | CASE NO. 2:21-CR-0121 DJC<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: April 24, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on April 24, 2023, before Chief District Judge Kimberly J. Mueller. (ECF No. 52.)

2. On April 4, 2023, Chief Judge Mueller reassigned this case to District Judge Daniel J. Calabretta, vacated the April 24 status conference hearing, and directed the parties to schedule this case on Judge Calabretta's criminal law and motion calendar. (ECF No. 53.)

3. By this stipulation, defendant now moves to continue the status conference until May 11, 2023, at 9:00 a.m., and to exclude time between April 24, 2023, and May 11, 2023, under Local Code T4.

4. The parties agree and stipulate, and request that the Court find the following:

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

a) The discovery associated with this case includes 6,223 Bates-stamped pages of discovery consisting of investigative reports, financial and business records, photographs, videos, and documents in native form (e.g., spreadsheets, lengthy transcripts of electronic communications), as well as other evidence seized during the investigation. These materials have been provided or made available to defendant's counsel between September 2021, and on or about October 14, 2022. The parties have had formal and informal discussions regarding the discovery produced in the case by phone, email, and letter.

b) Counsel for defendant was on extended leave between January and July 2022, and since her return has met and conferred with the defendant several times to review discovery, discuss potential for resolution, and additionally has conducted independent investigation. However, she has represented that despite due diligence toward resolution of this case, her time has been otherwise compressed because many in-custody clients in this district have been transferred out of Sacramento County Main Jail to local jails from 45 minutes to four hours away from the Office of the Federal Defender. The need to visit with those clients in separate cases and the time required for the necessary travel to do so has affected her available time to resolve the instant case.

c) The parties are presently in discussion about possible resolution of the case.

d) Counsel for defendant has advised counsel for the government that she intends to meet with defendant again on or about April 17, 2023, to discuss this case substantively.

e) The undersigned counsel for the government has advised counsel for the defendant that he is currently in the process of changing units within the U.S. Attorney's Office, and a different assistant U.S. attorney will be assigned to this matter.

f) Counsel for defendant desires additional time consult with her client, review the current charges, review and analyze the discovery, conduct investigation and research related to those charges, discuss potential resolution with the government, and otherwise prepare for trial.

g) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would also deprive defendant of the continuity of

counsel.

  h) The government does not object to the continuance.

  i) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  j) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 24, 2023 to May 11, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 14, 2023         PHILLIP A. TALBERT
                 United States Attorney

                 /s/ NIRAV K. DESAI
                 NIRAV K. DESAI
                 Assistant United States Attorney

Dated: April 14, 2023         /s/ HANNAH LABAREE
                 (authorized on April 14, 2023)
                 HANNAH LABAREE
                 Assistant Federal Defender
                 Counsel for Defendant
                 WILLIAM A. SASSMAN

**ORDER**

The Court has reviewed the parties' stipulation and proposed order. For the reasons stated therein, the Court finds that, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 24, 2023, to May 11, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED this 14th day of April, 2023.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE