HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
WILLIAM SASSMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>WILLIAM SASSMAN<br>Defendant. | Case No. 2:21-cr-00121-DJC<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date: June 29, 2023<br>Time: 9:00 a.m.<br>Judge: Hon. Daniel J. Calabretta |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Assistant United States Attorney Heiko Coppola, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Hannah R. Labaree, attorney for WILLIAM SASSMAN, that the status conference, currently scheduled for June 29, 2023, be continued to August 10, 2023, at 9:00 a.m.

Current defense counsel originally entered an appearance on September 13, 2021. CR 29. Since that date, the government has produced several batches of discovery: on September 21, 2021, November 1, 2021, August 26, 2022, September 29, 2022, October 3, 2022, and October 14, 2022. Defense counsel has sent one specific discovery request, on September 14, 2021, and has had informal conversations with the government via email regarding the content of discovery and potential further discovery. The parties have been deliberative in their discussions of the state of discovery production in this case. The entirety of the production from the government to

date consists of over 6,000 individual Bates-stamped items.

Defense counsel requires additional time for the continued investigation and review of the produced evidentiary materials, as well as to review the discovery with her client, who resides in Southern California, and to discuss the application of the Sentencing Guidelines to his case. Further, the parties require additional time to confer with and the government regarding the potential for resolution of the case, and to otherwise prepare for trial. The parties therefore request a T4 exclusion of time for defense investigation until August 10, 2023.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including August 10, 2023; pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Respectfully Submitted,

Dated:  June 20, 2023

HEATHER E. WILLIAMS
Federal Defender

/s/ Hannah R. Labaree
HANNAH R. LABAREE
Assistant Federal Defender
Attorney for Defendant
WILLIAM SASSMAN

Dated:  June 20, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ Heiko Coppola
HEIKO COPPOLA
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including August 10, 2023, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the June 29, 2023 status conference shall be continued until August 10, 2023, at 9:00 a.m.

Dated:  June 21, 2023                 /s/ Daniel J. Calabretta
                                      THE HONORABLE DANIEL J. CALABRETTA
                                      UNITED STATES DISTRICT JUDGE