HEATHER E. WILLIAMS, Bar # 122664
Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814-2512
916.498.5700
Heather_Williams@fd.org

Attorney for Defendant
WILLIAM A SASSMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00121-DJC |
| Plaintiff, | **MOTION FOR SUBSTITUTION OF COUNSEL AND ORDER** |
| vs. | |
| WILLIAM A SASSMAN, | |
| Defendant. | |

Undersigned counsel hereby respectfully moves to withdraw as counsel for Mr. Sassman.

Mr. Mark Reichel seeks to substitute for undersigned counsel.

Accordingly, pursuant to Local Rule 182(g), Defendant William Sassman respectfully

moves this Honorable Court to permit the Federal Defenders to withdraw as counsel and to order

the appointment of Mr. Reichel to represent Mr. Sassman.  Counsel's full name and address are

as follows:

Mark Joseph Reichel
Reichel & Plesser, LLP
455 Capitol Mall
8th Floor, Suite 802
Sacramento, CA 95814
916-498-9258
Fax: 916-441-6553
Email: mark@reichellaw.com

Dated:  August 4, 2023

_/s/ Heather E. Williams_
HEATHER E. WILLIAMS

I accept the substitution and ask to be appointed.

Dated: August 4, 2023

_/s/ Mark J. Reichel_
MARK J. REICHEL
Attorney for Defendant
WILLIAM A SASSMAN

I consent to the substitution.

Dated: August 4, 2023

_/s/ William A Sassman_
WILLIAM A SASSMAN

1

## <u>ORDER</u>

2

3          IT IS SO ORDERED that the Federal Defenders is **RELIEVED** as counsel and that Mr.

4     Mark Reichel, is **APPOINTED** to represent Mr. William A Sassman.

5

6     Dated:  August 4, 2023                    /s/ Daniel J. Calabretta

7                                               THE HONORABLE DANIEL J. CALABRETTA
                                                UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28