**Mark Reichel SBN 155034**
**Attorney at Law**
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: 916.548.7398
Facsimile: 888.505.9331

Attorney for Defendant
WILLIAM SASSMAN

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No: 21-cr-00121 DJC |
| Plaintiff | |
| vs. | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| WILLIAM SASSMAN | |
| | DATE: November 9, 2023 |
| | TIME: 9:00 a.m. |
| Defendant | COURT: Hon. Daniel J. Calabretta |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. Both parties now move to vacate the current status conference date of October 5, 2023, and to set a status conference on November 9, 2023, at 9:00 a.m., and to exclude time between the date undersigned and November 9, 2023 under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

2. The parties agree and stipulate, and request that the Court find the following:

a) Defense Counsel, Mark Reichel, is in a jury trial in the case of The People of the State of California vs. Kevin Davis, Placer County Superior Court, case number: 62-

173579.

      b)    The government agrees to the continuance.

      c)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      d)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of the date undersigned to November 9, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

      3.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

      IT IS SO STIPULATED.

Dated: October 2, 2023                          PHILLIP A. TALBERT
                                                  United States Attorney

                                                  /s/ HEIKO COPPOLA
                                                  HEIKO COPPOLA
                                                  Assistant United States Attorney

Dated: October 2, 2023                          /s/ MARK J. REICHEL
                                                  MARK. REICHEL
                                                  Counsel for Defendant

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 2nd day of October 2023.

Dated:  October 2, 2023            /s/ Daniel J. Calabretta
                                   THE HONORABLE DANIEL J. CALABRETTA
                                   UNITED STATES DISTRICT JUDGE