MICHELE BECKWITH
Acting United States Attorney
VERONICA M.A. ALEGRÍA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. WILLIAM A. SASSMAN, aka William A. Sassman II, Defendant. | CASE NO. 2:21-CR-0121 DC<br><br>STIPULATION REGARDING PRETRIAL BRIEFING SCHEDULE<br><br>TRIAL DATE: November 3, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. Dena Coggins |
|---|---|

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. This matter is set for trial on November 3, 2025, at 9:00 a.m. before District Judge Dena Coggins. (ECF No. 91.)

2. Defendant has indicated he desires to file a motion to dismiss. The parties have agreed to the following briefing schedule and hearing date:

    a) Motion to dismiss brief due: May 30, 2025

    b) Opposition due: June 13, 2025

    c) Reply due: June 20, 2025

    d) Hearing on the Motion to Dismiss: June 27, 2025, at 9:30 a.m. in the courtroom of the Hon. Dena Coggins.

3. The Court set the following date for a hearing on Rule 12 pretrial motions: August 29, 2025, at 9:30 a.m. in the courtroom of the Hon. Dena Coggins.  (ECF No. 91.)  The parties have agreed to the following briefing schedule for any Rule 12 motions:

    a) Rule 12 Motion(s) due: August 1, 2025

    b) Opposition due: August 15, 2025

    c) Reply due: August 22, 2025

4. The Court set the following date for a Trial Confirmation Hearing: October 3, 2025, at 9:30 a.m. in the courtroom of the Hon. Dena Coggins.  (ECF No. 91.)

5. The parties request that the Court additionally schedule a hearing on any Motions in Limine filed prior to trial and have agreed to the following briefing schedule and hearing date:

    a) Motions in Limine due: October 3, 2025

    b) Oppositions due: October 10, 2025

    c) Replies due: October 17, 2025

    d) Hearing on the Motions in Limine: October 24, 2025, at 9:30 a.m. in the courtroom of the Hon. Dena Coggins.

IT IS SO STIPULATED.

Dated: May 9, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ *Veronica Alegría*
VERONICA M.A. ALEGRÍA
Assistant United States Attorney

Dated: May 9, 2025

/s/ *John Manning*
JOHN MANNING
Counsel for Defendant
WILLIAM A. SASSMAN

**ORDER**

The court has reviewed the parties' stipulation. For the reasons stated therein, the court adopts the parties' stipulation *as MODIFIED* and SETS the following briefing and hearing schedules. All hearings will be held at 9:30 a.m. in Courtroom 8 before the Honorable Dena M. Coggins.

Defendant's motion to dismiss shall be filed by May 30, 2025, and noticed for hearing on August 29, 2025. The Government's opposition or statement of non-opposition shall be filed by June 13, 2025. Defendant's reply, if any, shall be filed by June 20, 2025.

Rule 12 pretrial motions shall be filed by August 1, 2025, and noticed for hearing on August 29, 2025. Oppositions or statements of non-opposition shall be filed by August 15, 2025. Replies, if any, shall be filed by August 22, 2025.

Motions *in limine* shall be filed by October 3, 2025, and noticed for hearing on October 31, 2025. Oppositions or statements of non-opposition shall be filed by October 10, 2025. Replies, if any, shall be filed by October 17, 2025.

IT IS SO ORDERED.

Dated:   **May 9, 2025**

Dena Coggins
United States District Judge

STIPULATION REGARDING PRETRIAL BRIEFING SCHEDULE

3