IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>WILLIAM ARTHUR: SASSMAN II<br>Aka WILLIAM ARTHUR SASSMAN II,<br><br>                    Defendant. | CASE NO. 2:21-CR-00121-DC<br><br>~~(PROPOSED)~~ ORDER APPOINTING SECOND COUNSEL |

The court, having received, read and considered the Defendant's *Ex Parte* Request for Second Counsel and Declaration of John R. Manning, filed under seal at Document 99-1, finds good cause to appoint a second counsel for Defendant William Arthur: Sassman (aka William Arthur Sassman II).

Accordingly, the Defendant's *Ex Parte* Request for Second Counsel is GRANTED *nunc pro tunc* to June 25, 2025, as provided by CJA Guideline § 220.10. It is HEREBY ORDERED that Marcia A. Morrissey is APPOINTED as second CJA Counsel for the Defendant and shall work for the "standard" CJA rate. The court understands that both Counsel will need to review some materials; however, Counsel shall divide the duties to avoid duplication of efforts and protect resources.

IT IS SO ORDERED.

Dated:  **July 24, 2025**

_____
Dena Coggins
United States District Judge