JOHN R. MANNING (SBN 220874)
4005 Manzanita Ave., Suite 6-8
Carmichael, CA. 95608
Tel.     (916) 444-3994
E-Mail: jmanninglaw@yahoo.com

MARCIA A. MORRISSEY (SBN 66921)
11400 W. Olympic Blvd., Suite 1500
Los Angeles, CA   90064
Tel.     (310) 399-3259
Fax:    (310) 392-9029
E-Mail: MorrisseyMA@aol.com

Attorneys for Defendant
WILLIAM A. SASSMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM A. SASSMAN,<br>   aka William A. Sassman II,<br><br>    Defendant. | No. CR-S-21-CR-121- DC<br><br>EX-PARTE REQUEST TO CALENDAR THIS MATTER FOR A STATUS OF COUNSEL HEARING; ~~(PROPOSED)~~ ORDER |

On September 15, 2025, Mr. Sassman contacted his court appointed counsels in this matter (Mr. John R. Manning and Ms. Marcia A. Morrissey) requesting his matter calendared for a Status of Counsel hearing.  Undersigned counsel contacted the court and was informed the court is available for such hearing on Friday, September 19, 2025.  Because of the pre-trial motion schedule set in this matter in anticipation of the previously scheduled jury trial (presently set to begin November 3, 2025), addressing the Status of Counsel issue expeditiously is prudent.

(Motions in Limine are due in this matter on October 3, 2025, the same day as the presently set Trial Confirmation Hearing in this matter.)

Therefore, the request is to calendar this matter for a Status of Counsel hearing on **Friday, September 19, 2025, at 9:30 a.m.**, before the Honorable Dena Coggins. The government has indicated they are available at the requested date and time.

Dated: September 16, 2025

/S/ John R. Manning
JOHN R. MANNING
Attorney at Law

/S/ Marcia Morrissey
MARCIA MORRISSEY
Attorney at Law
Attorneys for Defendant
William A. Sassman

**ORDER**

The court, having received, read and considered the *Ex Parte* Request to Calendar this Matter for a Status of Counsel Hearing, and good cause appearing, it is hereby ORDERED that this matter is scheduled for a Status of Counsel Hearing on September 19, 2025, at 9:30 a.m., in Courtroom 10 before the Honorable Dena Coggins.  All parties to this matter are ordered to appear in person at the requested date and time.


IT IS SO ORDERED.

Dated:   **September 16, 2025**

Dena Coggins
United States District Judge