ERIC GRANT
United States Attorney
VERONICA M.A. ALEGRÍA
NCHEKUBE ONYIMA
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:21-CR-0121 DC |
| Plaintiff, | STIPULATION REGARDING TRIAL DEADLINES AND [PROPOSED] ORDER |
| v. | TRIAL DATE: June 1, 2026 |
| WILLIAM A. SASSMAN II,    aka William A. Sassman II, | TIME: 9:00 a.m. COURT: Hon. Dena Coggins |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.     At a status conference on January 30, 2026, the Court set this matter for trial on June 1, 2026, at 9:00 a.m., and set the Trial Confirmation Hearing on May 1, 2026, at 9:30 a.m., both to be held in the courtroom of the Hon. Dena Coggins.  ECF No. 120.  The Court also excluded time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 and Local Code T4.  *Id.*

2.     Defense counsel has indicated that he may wish to file a pretrial motion pursuant to Rule 12 of the Federal Rules of Criminal Procedure (*e.g.*, a motion to dismiss the indictment).  The parties jointly request that the Court set the following schedule for Rule 12 Pretrial Motions:

a)     Pretrial Motion Due: March 6, 2026

STIPULATION REGARDING TRIAL DEADLINES                    1

b)    Opposition Due: March 13, 2026

c)    Reply Due: March 20, 2026

d)    Motion Hearing: March 27, 2026, at 9:30 a.m. in the courtroom of the Hon. Dena Coggins.

3.    The parties also jointly request that the Court set the following schedule for Motions *in Limine* and other trial deadlines:

a)    Motions in *Limine* Due: May 1, 2026

b)    Opposition Due: May 8, 2026

c)    Motion in *Limine* Hearing: May 15, 2026, at 9:30 a.m. in the courtroom of the Hon. Dena Coggins

d)    Trial Brief, Statement of the Case, Witness List, Exhibit List, Proposed Jury Instructions, Proposed Verdict Form, Proposed Voir Dire Due: May 22, 2026

e)    Exhibits Binders to the Court and opposing parties Due: May 29, 2026

IT IS SO STIPULATED.

Dated: February 3, 2026                                ERIC GRANT
                                                        United States Attorney


                                                        /s/ *Veronica Alegría*
                                                        VERONICA M.A. ALEGRÍA
                                                        NCHEKUBE ONYIMA
                                                        Assistant United States Attorneys


Dated: February 3, 2026                                /s/ *Michael Heumann*
                                                        MICHAEL HEUMANN
                                                        Counsel for Defendant
                                                        WILLIAM A. SASSMAN II

STIPULATION REGARDING TRIAL DEADLINES                    2

**ORDER**

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on January 30, 2026 (Doc. No. 121), and good cause appearing therefrom, APPROVES the briefing and hearing schedule proposed by the parties as to Rule 12 Pretrial Motions; however, the court MODIFIES the briefing  and hearing schedule proposed by the parties as to Motions *in Limine,* and DECLINES to set deadlines for other trial documents because they will be set in a Pretrial Order issued by the court.

Accordingly, Rule 12 Pretrial Motions shall be filed by March 6, 2026, and noticed for hearing on March 27, 2026, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins; Oppositions shall be filed by March 13, 2026; and Replies shall be filed by March 20, 2026.

The parties' Motions *in Limine* shall be filed by April 24, 2026, and be noticed for hearing on May 15, 2026, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins; Oppositions shall be filed by May 1, 2026.

IT IS SO ORDERED.

Dated:     **February 3, 2026**

_____

Dena Coggins
United States District Judge

STIPULATION REGARDING TRIAL DEADLINES

3