LAW OFFICE OF MICHAEL HEUMANN
Michael Heumann, CA SBN 299622
901 H Street, Suite 405-5
Sacramento, CA 95814
Telephone: (916) 426-6692
mikeheumann.law@gmail.com
Attorney for Defendant
WILLIAM SASSMAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>WILLIAM SASSMAN<br><br>                    Defendants. | CASE NO.  2:21-CR-00121-DC<br><br>STIPULATION REGARDING CONTINUANCE; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: May 1, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Dena Coggins |

**STIPULATION**

1.     By this stipulation, defendant now moves to continue the change of attorney hearing currently set on May 1, 2026, at 9:30 a.m to May 8, 2026 at 9:30 am.

2.     The parties agree and stipulate, and request that the Court find the following:

a)     Mr. Sassman will be unable to appear on May 1, 2026, and his presence is essential to his change of attorney motion.

b)     May 8, 2026 is a date convenient to counsel and Mr. Sassman.

c)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

3.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

IT IS SO STIPULATED.


Dated:  May 1, 2026

ERIC GRANT
United States Attorney


/s/ VERONICA ALEGRIA
VERONICA ALEGRIA
Assistant United States Attorney


Dated:  May 1, 2026

/s/ MICHAEL HEUMANN
MICHAEL HEUMANN
Counsel for Defendant
WILLIAM SASSMAN

**ORDER**

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on May 1, 2026 (Doc. No. 126), and good cause appearing therefrom, APPROVES the parties' stipulation.  Accordingly, the Status of Counsel Hearing scheduled for May 1, 2026, is VACATED and RESET for May 8, 2026, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins.  It is FURTHER ORDERED that the Trial Confirmation Hearing set for May 1, 2026, is also VACATED and RESET for May 8, 2026, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The time in which the trial of this case must be commenced under the Speedy Trial Act has previously been excluded through June 1, 2026.

IT IS SO ORDERED.

Dated:    **May 5, 2026**

Dena Coggins
United States District Judge

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3