LAW OFFICE OF MICHAEL HEUMANN
Michael Heumann, CA SBN 299622
901 H Street, Suite 405-5
Sacramento, CA 95814
Telephone: (916) 426-6692
mikeheumann.law@gmail.com
Attorney for Defendant
WILLIAM SASSMAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>WILLIAM SASSMAN<br><br>                              Defendant. | CASE NO.  2:21-CR-00121-DC<br><br>STIPULATION TO SHORTEN TIME ON DEFENSE MOTION TO CONTINUE; ORDER<br><br>DATE: June 1, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. Dena Coggins |

**STIPULATION TO SHORTEN TIME**

1.      Defendant filed a motion to continue on May 18, 2026, to be heard on June 1, 2026. Counsel is now requesting to shorten time so that motion may be heard on May 22, 2026 at 9:30 am. The defense also anticipates that Mr. Sassman will request a new attorney on that date.

2.      The government and defense counsel are also requesting that motions in limine be heard on May 22, 2026, which will allow the parties time to structure their cases with the court's rulings in mind. Hearing the motion to continue and anticipated motion for a new attorney the same day will be more efficient.

3.      The government is not opposed to having this motion heard on May 22, 2026, though it does oppose the motion to continue.

        IT IS SO STIPULATED.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

Dated:  May 18, 2026

ERIC GRANT
United States Attorney


/s/ VERONICA ALEGRIA
VERONICA ALEGRIA
Assistant United States Attorney


Dated:  May 18, 2026

/s/ MICHAEL HEUMANN
MICHAEL HEUMANN
Counsel for Defendant
WILLIAM SASSMAN

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

**ORDER**

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on May 18, 2026 (Doc. No. 135), and good cause appearing therefrom, APPROVES the parties' stipulation AS MODIFIED.  Accordingly, the Motion Hearing as to Defendant's Motion to Continue (Doc. No. 134) scheduled for June 1, 2026, is VACATED and ADVANCED to May 27, 2026, at 10:00 a.m. in Courtroom 10 before the Honorable Dena M. Coggins.

IT IS SO ORDERED.

Dated:    **May 20, 2026**

_____
Dena Coggins
United States District Judge

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3