ERIC GRANT
United States Attorney
VERONICA M.A. ALEGRÍA
ZACHARY B.L. MALINSKI
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-0121 DC |
| Plaintiff, | STIPULATION REQUESTING THE COURT ADVANCE THE MOTION *IN LIMINE* OPPOSITION DEADLINE AND SET A HEARING; ORDER |
| v. | |
| WILLIAM A. SASSMAN II, aka William A. Sassman II, | TRIAL DATE: June 1, 2026 TIME: 9:00 a.m. COURT: Hon. Dena Coggins |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      At the Trial Confirmation Hearing on May 8, 2026, the Court confirmed that trial would begin on June 1, 2026, at 9:00 a.m., and set the Motions *in Limine* deadline for May 15, 2026, with Oppositions to be filed by May 22, 2026. ECF 128. The Court did not set a hearing for Motions *in Limine*. *Id.*

2.      On May 15, 2026, the United States filed three Motions *in Limine* and defendant filed one Motion *in Limine*. ECF 130, 131, 132, 133.

3.      The government and defendant jointly request that the Court advance the deadline for filing Oppositions to Motions *in Limine* and set a hearing on the Motions *in Limine* in advance of trial

STIPULATION REGARDING MOTIONS IN LIMINE                    1

for the following reasons:

a) The parties expect this trial to be very short. The government may finish with its case-in-chief as early as the morning of June 2. This very short timeframe does not allow the parties sufficient time to react and adjust to the Court's rulings on Motions *in Limine* if the parties only have answers by the morning of June 1.  Specifically:

b) The government has moved *in limine* for a determination by the Court that if Sassman testifies, he may be impeached through evidence of his prior convictions. ECF 130. The Court's decision regarding this motion has grave implications for whether defendant will testify. As the defense case-in-chief could begin as early as the morning of June 2, defense counsel requests an earlier determination than June 1 in order to have sufficient to prepare his client regarding the decision to testify.

c) The government has filed a motion *in limine* seeking to exclude certain arguments by the defense. ECF 131. These will affect the defense's opening statement and trial strategy. The defense needs more than a few hours' notice to adjust to the outcome of this motion.

d) The government has moved *in limine* for the Court to accept certain 902(11) certificates in lieu of having custodians testify to the foundational requirements of certain business records. ECF 132. The government may need to call approximately nine custodians witnesses – almost none of whom are local – and fly them into Sacramento. Advanced notice to the government about whether some or all of these custodians are necessary will enable the government to more efficiently make travel arrangements and ensure a smoother trial.

e) Defendant has filed a motion *in limine* seeking an order that the government's designated case agent testify first. The government is not currently planning on its case agent testifying first, and if the Court so orders, it would need to adjust the testimony of its first witness and every witness thereafter to accommodate this change and still present its evidence to the jury in the most understandable manner possible. The government needs more than just a few hours to adjust all of its witness testimony.

f) The defendant filed a motion to continue and noticed a possible motion by defendant for a new attorney. ECF 134. The parties stipulated and agreed to shorten on that

motion and request a hearing on May 22, 2026.  ECF 135.  A hearing on the Motions *in Limine* that same date will be most efficient for the parties and the Court.

4.      Accordingly, the parties jointly request that the Court set the following schedule for Motions *in Limine*:

a)      Motions in *Limine* Oppositions Due: May 20, 2026

b)      Motion in *Limine* Hearing: May 22, 2026, at 9:30 a.m. in the courtroom of the Hon. Dena Coggins

IT IS SO STIPULATED.

Dated: May 20, 2026

ERIC GRANT
United States Attorney

/s/ *Veronica Alegría*
VERONICA M.A. ALEGRÍA
ZACHARY B.L. MALINSKI
Assistant United States Attorneys

Dated: May 20, 2026

/s/ *Michael Heumann*
MICHAEL HEUMANN
Counsel for Defendant
WILLIAM A. SASSMAN II

**ORDER**

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on May 18, 2026 (Doc. No. 136), and good cause appearing therefrom, APPROVES the parties' stipulation AS MODIFIED.  Accordingly, a Motion *in Limine* Hearing is SET for May 27, 2026, at 10:00 a.m. in Courtroom 10 before the Honorable Dena M. Coggins, with Oppositions or Statement of Non-Oppositions to the pending Motions *in Limine* to be filed by May 21, 2026 by 5:00 PM.

IT IS SO ORDERED.

Dated:  __**May 20, 2026**__                          _____

Dena Coggins
United States District Judge

STIPULATION REGARDING MOTIONS IN LIMINE                    4