LAW OFFICE OF MICHAEL HEUMANN
Michael Heumann, CA SBN 299622
901 H Street, Suite 405-5
Sacramento, CA 95814
Telephone: (916) 426-6692
mikeheumann.law@gmail.com
Attorney for Defendant
WILLIAM SASSMAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>WILLIAM SASSMAN<br><br>                Defendants. | CASE NO.  2:21-CR-00121-DC<br><br>STIPULATION REGARDING CONTINUANCE; FINDINGS AND ORDER<br><br>DATE: May 27, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Dena Coggins |

**STIPULATION**

1.     By this stipulation, defendant now moves to continue the motion in limine and motion to continue hearing currently set on May 27, 2026, at 10:00 a.m to May 29, 2026 at 9:30 am.

2.     The parties agree and stipulate, and request that the Court find the following:

     a)     Counsel for Mr. Sassman is engaged in a trial expected to be in session on May 27, 2026.

     b)     May 29, 2026 is a date convenient to defense counsel, the government, and Mr. Sassman.

3.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

Dated:  May 22, 2026

ERIC GRANT
United States Attorney


/s/ VERONICA ALEGRIA
VERONICA ALEGRIA
Assistant United States Attorney


Dated:  May 22, 2026

/s/ MICHAEL HEUMANN
MICHAEL HEUMANN
Counsel for Defendant
WILLIAM SASSMAN

**ORDER**

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on May 22, 2026 (Doc. No. 144), and good cause appearing therefrom, APPROVES the parties' stipulation.  Accordingly, the Motion Hearing as to the Defendant's Motion to Continue and the parties Motions *in Limine* scheduled for May 27, 2026, is VACATED and RESET for May 29, 2026, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. (*See* Doc. Nos. 130, 131, 132, 133 and 134) Despite the Defendant's Appearance Waiver (Doc. No. 72), the Defendant shall be personally present for the hearing now set for May 29, 2026.

IT IS SO ORDERED.

Dated:    **May 22, 2026**

_____
Dena Coggins
United States District Judge

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3