LAW OFFICE OF MICHAEL HEUMANN
Michael Heumann, CA SBN 299622
901 H Street, Suite 405-5
Sacramento, CA 95814
Telephone: (916) 426-6692
mikeheumann.law@gmail.com
Attorney for Defendant
WILLIAM SASSMAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM SASSMAN<br><br>Defendants. | CASE NO. 2:21-CR-00121-DC<br><br>STIPULATION REGARDING CONTINUANCE; FINDINGS AND ORDER<br><br>DATE: May 27, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Dena Coggins |

**STIPULATION**

1. By this stipulation, defendant now moves to continue the sentencing hearing currently set on September 26, 2025, at 10:00 a.m to December 11, 2026 at 10:00 am.

2. The parties agree and stipulate, and request that the Court find the following:

a) Counsel for Mr. Sassman anticipates beginning a state murder trial in September of 2026.

b) December 11, 2026 is a date convenient to defense counsel, the government, and Mr. Sassman.

c) The continuance will allow defense counsel additional time to speak with Mr. Sassman, prepare mitigation, and for Mr. Sassman to complete a pre-sentence interview with Probation.

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

4. The agreed upon dates are convenient for Probation.

5. Proposed Sentencing Schedule:

a) Draft PSR Disclosed: October 23, 2025

b) Informal Objections Due: October 30, 2026

c) Final PSR Disclosed: November 13, 2026

d) Motions for Correction: November 20, 2026

e) Reply and Sentencing Memos Due: December 3, 2026 at noon

f) Sentencing Date: December 11, 2026

IT IS SO STIPULATED.

Dated: September 3, 2026

ERIC GRANT
United States Attorney

/s/ VERONICA ALEGRIA
VERONICA ALEGRIA
Assistant United States Attorney

Dated: September 3, 2026

/s/ MICHAEL HEUMANN
MICHAEL HEUMANN
Counsel for Defendant
WILLIAM SASSMAN

**ORDER**

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on September 3, 2026 (Doc. No. 174), and good cause appearing therefrom, APPROVES the parties' request to continue the sentencing hearing and adjust the related briefing schedule. Accordingly, the Sentencing Hearing scheduled for September 25, 2026, is VACATED and RESET for December 11, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. It is FURTHER ORDERED that the Presentence Investigation Report briefing schedule is MODIFIED as follows: the draft Report shall be disclosed to counsel no later than October 23, 2026; the parties' informal objections shall be delivered to the Probation Officer no later than October 30, 2026; the final Report shall be submitted no later than November 13, 2026; Formal Objections or any Motion for Correction shall be submitted no later than November 20, 2026; and Reply, or Statement of Non-Opposition and any other briefing the parties want the court to consider shall be submitted no later than December 3, 2026 by 12:00 PM (Noon).

IT IS SO ORDERED.

Dated: **September 3, 2026**

Dena Coggins
United States District Judge