LAW OFFICE OF MICHAEL HEUMANN
Michael Heumann, CA SBN 299622
901 H Street, Suite 405-5
Sacramento, CA 95814
Telephone: (916) 426-6692
mikeheumann.law@gmail.com
Attorney for Defendant
WILLIAM SASSMAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>WILLIAM SASSMAN<br>Defendants. | CASE NO. 2:21-CR-00121-DC<br><br>STIPULATION REGARDING CONTINUANCE; FINDINGS AND ORDER<br><br>DATE: May 27, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Dena Coggins |

**STIPULATION**

1. By this stipulation, defendant now moves to continue the sentencing hearing currently set on December 11, 2026, at 10:00 a.m to March 5, 2027 at 10:00 am.

2. The parties agree and stipulate, and request that the Court find the following:

a) March 5, 2027 is a date convenient to defense counsel, the government, probation, and Mr. Sassman.

b) The continuance will allow defense counsel additional time to speak with Mr. Sassman, prepare mitigation, and for Mr. Sassman to complete a pre-sentence interview with Probation.

c) Probation has timely provided a draft PSR, but has not yet conducted an interview with Mr. Sassman.

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

4. The agreed upon dates are convenient for Probation.

5. Proposed Sentencing Schedule:

a) Revised Draft PSR Disclosed: January 22, 2027

b) Informal Objections Due: February 5, 2027

c) Final PSR Disclosed: February 12, 2027

d) Motions for Correction: February 19, 2027

e) Reply and Sentencing Memos Due: February 25, 2027 at noon

f) Sentencing Date: March 5, 2027

IT IS SO STIPULATED.

Dated: October 29, 2026

ERIC GRANT
United States Attorney

/s/ VERONICA ALEGRIA
VERONICA ALEGRIA
Assistant United States Attorney

Dated: October 29, 2026

/s/ MICHAEL HEUMANN
MICHAEL HEUMANN
Counsel for Defendant
WILLIAM SASSMAN

**ORDER**

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on October 29, 2026 (Doc. No. 177), and good cause appearing therefrom, APPROVES the parties' request to continue the sentencing hearing and adjust the related briefing schedule. Accordingly, the Sentencing Hearing scheduled for December 11, 2026, is VACATED and RESET for March 5, 2027, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins.

It is FURTHER ORDERED that the Presentence Investigation Report briefing schedule is MODIFIED as follows: a revised draft Report shall be disclosed to counsel no later than January 22, 2027; the parties' informal objections shall be delivered to the Probation Officer no later than February 5, 2027; the final Report shall be submitted no later than February 12, 2027; Formal Objections or any Motion for Correction shall be submitted no later than February 19, 2027; and Reply, or Statement of Non-Opposition and any other briefing the parties want the court to consider shall be submitted no later than February 25, 2027 by 12:00 PM (Noon).

IT IS SO ORDERED.

Dated: **October 29, 2026**

Dena Coggins
United States District Judge